# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

                                        Plaintiff,

            -against-

_Theodore J. Earley_                    Defendant.

------------------------------------------------------------

Case No.: _24 mJ 02180_ (KPB)

**ORDER OF DISMISSAL**

        Motion by the Government to dismiss is granted and the above-captioned case is hereby

dismissed.

                                        SO ORDERED.

                                        _[signature]_
                                        Hon. Kim P. Berg,
                                        United States Magistrate Judge

Dated:      _24th_ day of _January_ , 20 _25_
            White Plains, New York